## IN THE SUPREME COURT OF THE STATE OF NEVADA

STANLEY DEWAYNE THOMAS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
   and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81675

**FILED**

SEP 0 9 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

### ORDER DENYING PETITION FOR
### A WRIT OF MANDAMUS

This original pro se petition for a writ of mandamus seeks a writ directing the district court to dismiss the criminal charges against petitioner based on the State's delay in bringing petitioner to trial—allegedly due to issues related to Covid 19.

Problematically, petitioner has not provided this court with all of the exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). We reiterate that "[p]etitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted." *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004).

20-33205

Moreover, to the extent petitioner has counsel below, he must proceed by and through counsel. Accordingly, we

ORDER the petition DENIED.[1]

_____Pickering_____, C.J.
Pickering

_____Hardesty_____, J.
Hardesty

_____Silver_____, J.
Silver

cc:   Stanley Dewayne Thomas
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

---

[1]Petitioner's failure to provide timely proof of service of the petition constitutes an additional basis upon which to deny relief. NRAP 21(a)(1).